**Nathaniel T. MESSER, Appellant,**

v.

**Cynthia Jean MESSER, Respondent.**

**No. WD 76475.**

Missouri Court of Appeals,
Western District.

April 1, 2014.

Gary L. Stamper, for Appellant.

Anna Kathryn Lingo, for Respondent.

Before Division Three: ANTHONY REX GABBERT, Presiding Judge, VICTOR C. HOWARD, Judge and THOMAS H. NEWTON, Judge.

1. All statutory references herein are to RSMo

*ORDER*

PER CURIAM:

Appellant, Nathaniel Messer, appeals from the judgment of the trial court denying his motion to modify maintenance. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).